Frenduta et ux. *v.* Yoscovitch et ux., Appellants.

Argued March 4, 1924.   Appeal, No. 4, Oct. T., 1924, by appellants, from judgment of C. P. Luzerne Co., Jan. T., 1923, No. 244, discharging rule to open judgment, in the case of Frank Frenduta and Margaret Frenduta v. Michael Yoscovitch and Mary Yoscovitch.   Before Porter, Henderson, Trexler, Keller, Linn and Gawthrop, JJ.   Affirmed.

Opinion by Porter, J., October 13, 1924:

This appeal presents the same questions and involves a consideration of practically the same evidence discussed in the case of Foos v. Pogar, in which an opinion has this day been filed, and for the reasons there stated we are convinced that the court below did not abuse its discretion in refusing to open the judgment.

The order of the court below is affirmed and the appeal dismissed at cost of the appellants.